UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6188-CIV-DIMITROULEAS

RUPARI FOOD SERVICES, INC.,

Magistrate Judge Johnson

Plaintiff,

vs.

SPARTA FOODS, INC., a Minnesota corporation,

Defendant.
_____/



## ORDER TO PLAINTIFF TO SHOW CAUSE WHY DEFENDANTS' MOTION TO DISMISS SHOULD NOT BE GRANTED BASED UPON FIRST-FILED RULE

THIS CAUSE is before the Court upon removal of the case and Defendants' Motion to Dismiss served January 31, 2000 in the state court action.

In the Motion to Dismiss, Defendant argues that Plaintiff failed to attach the contract sued upon in violation of Florida procedural law. In federal court, however, the Court is not aware of such procedural requirement to attach the contract to a complaint. Moreover, Defendant has attached the contract to its Petition for Removal. Thus, the Motion to Dismiss is denied on this issue.

However, the Defendant has presented arguments that this case should be dismissed as the Plaintiff's claims in this case are more properly brought as counterclaims in the contract action previously filed by Defendant in United States District Court for the District of Minnesota, and therefore, should be dismissed under the first-filed rule. The Court also requests Plaintiff to address whether transfer to the District of Minnesota, rather than dismissal, may be warranted.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall respond to



Defendant's Motion to Dismiss by February 17, 2000.

DONE AND SIGNED in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_\_ day of February, 2000.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Sheldon Burnett, Esq.
Michael Rotunno, Esq.