UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6188-CIV-DIMITROULEAS

RUPARI FOOD SERVICES, INC.,   Magistrate Judge Johnson

    Plaintiff,

vs.

SPARTA FOODS, INC.,
A Minnesota corporation,

    Defendant.
_____/



## NOTICE TO COURT OF SUBSTITUTION OF PLAINTIFF'S COUNSEL

The Plaintiff, RUPARI FOOD SERVICES, INC., by and through its undersigned counsel, notices the Court that, prior to removal to this Court,[1] the Circuit Court in and for Miami-Dade County, Florida entered its order on February 3, 2000 substituting Schatzman & Schatzman, P.A. as counsel of record for the Plaintiff and Sheldon J. Burnett was relieved as Plaintiff's counsel. A copy of the Stipulation for Substitution of Plaintiff's Counsel and the Order Granting Stipulation for Substitution of Counsel for Plaintiff dated February 3, 2000 are attached.

Plaintiff respectfully requests that the record in this Court reflect this substitution and that all future pleadings, orders and other papers in this case be served upon the Plaintiff by serving Plaintiff's undersigned attorneys.

---

[1] Plaintiff has not received a notice of removal of this case from the Circuit Court in and for Miami-Dade County, Florida or any other pleadings or papers relating to removal other than a copy of this Court's February 8, 2000 Order. By telephone conversation with the Miami-Dade County, Florida Circuit Court Clerk's Office, Plaintiff was advised that removal papers were filed with the Circuit Court on February 7, 2000.

**SCHATZMAN & SCHATZMAN, P.A.**
9200 SOUTH DADELAND BOULEVARD • SUITE 700 • MIAMI, FLORIDA 33156



CASE NO. 00-393 CACE (21)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered via U.S. mail this _11th_ day of February, 2000 to Michael C. Rotunno, Esquire at Marlow, Connell, Valerius, Abrams, Adler & Newman, Post Office Box 339075, Miami, Florida 33233-9075.

                                              **SCHATZMAN & SCHATZMAN, P.A.**
                                              Attorneys for Plaintiff
                                              Suite 700 Dadeland Towers North
                                              9200 South Dadeland Boulevard
                                              Miami, Florida 33156
                                              (305) 670-6000

By: _____
       **ARNOLD D. SCHATZMAN**
       Fla. Bar No. 070862

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT, IN AND FOR BROWARD
COUNTY, FLORIDA

CIVIL DIVISION

CASE NO. 00-393 CACE (21)

RUPARI FOOD SERVICES, INC.,
a Florida corporation,

    Plaintiff,

vs.

SPARTA FOODS, INC.,
A Minnesota corporation,

    Defendant.
_____/

## STIPULATION FOR SUBSTITUTION OF PLAINTIFF'S COUNSEL

COMES NOW SHELDON J. BURNETT and SCHATZMAN & SCHATZMAN, P.A. and stipulate and agree to SCHATZMAN & SCHATZMAN, P.A. being substituted for SHELDON J. BURNETT as counsel of record for the Plaintiff, RUPARI FOOD SERVICE, INC. The Plaintiff, RUPARI FOOD SERVICES, INC., joins in this stipulation to acknowledge its consent and agreement to the substitution of counsel.

DATED this 31st day of January, 2000.

SHELDON J. BURNETT, ESQUIRE
367 Alhambra Circle
Coral Gables, Florida 33134-5003
Telephone: (305) 443-2111

By: _____
    SHELDON J. BURNETT
    Florida Bar No. 087221

SCHATZMAN & SCHATZMAN, P.A.
Suite 700, Dadeland Towers North
9200 South Dadeland Boulevard
Miami, Florida 33156
Telephone: (305) 670-6000

By: _____
    ARNOLD D. SCHATZMAN
    Florida Bar No. 070862

RUPARI FOOD SERVICES, INC.,
a Florida corporation

By: _____
    ROBERT MINTZ, President

CASE NO. 00-393 CACE (21)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Stipulation for Substitution of Plaintiff's counsel was delivered via U.S. mail this 31st day of January, 2000 to: Sparta Foods, Inc., 1565 First Avenue N.W., New Brighton, MN 55112-1948.

SCHATZMAN & SCHATZMAN, P.A.
Suite 700, Dadeland Towers North
9200 South Dadeland Boulevard
Miami, Florida 33156
Telephone: (305) 670-6000

By: _____
ARNOLD D. SCHATZMAN
Florida Bar No. 070862

-2-

FEB - 7 2000

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

CIVIL DIVISION

RUPARI FOOD SERVICES, INC.,
a Florida corporation,

CASE NO. 00-393 CACE (21)

Plaintiff,

vs.

SPARTA FOODS, INC.,
A Minnesota corporation,

Defendant.
_____/

## ORDER GRANTING STIPULATION FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFF

THIS CAUSE came on to be heard on Stipulation for Substitution of Plaintiff's Counsel, and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED:

1. The Stipulation for Substitution of Plaintiff's Counsel is hereby GRANTED and APPROVED by the Court.

2. SCHATZMAN & SCHATZMAN, P.A. is hereby substituted as attorneys for the Plaintiff, RUPARI FOOD SERVICES, INC., and SHELDON J. BURNETT is hereby relieved without any further responsibility as counsel for said Plaintiff.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this _____ day of January, 2000.

MIETTE K. BURNS
A TRUE COPY          FEB 3 - 2000

_____
CIRCUIT COURT JUDGE

Copies furnished to:
Arnold D. Schatzman, Esq.
Sheldon J. Burnett, Esq.
Sparta Foods, Inc.