UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. 00-6188-CIV-DIMITROULEAS
Magistrate Judge Johnson

RUPARI FOOD SERVICES, INC., a
Florida corporation,

    Plaintiff,

vs.

SPARTA FOODS, INC., a Minnesota
corporation,

    Defendant.
_____/

## SPARTA FOODS, INC.'S MOTION FOR EXTENSION OF TIME

Defendant, SPARTA FOODS, INC., by and through its undersigned counsel files this Motion for Extension of Time to file its Reply Memorandum and as grounds, would allege as follows:

1. Plaintiff, RUPARI FOOD SERVICES, INC., has filed a 19 page Memorandum Opposing Sparta Foods, Inc.'s Motion to Dismiss.

2. A Reply to said Response is due on February 28, 2000.

3. Given the enormity of Plaintiff's Memorandum in Opposition which also includes roughly 86 pages of exhibits, an extension of time of one (1) week up to and including March 3, 2000 is hereby requested.

4. Due to the undersigned counsel's work load, he has not had sufficient time within which to prepare the above-stated responsive pleading.



CASE NO. 00-6188-CIV-DIMITROULEAS
Magistrate Judge Johnson

4. Undersigned counsel has contacted counsel for the plaintiff, RUPARI FOOD SERVICES, INC. and they have agreed to a 1 week extension, until Friday, March 3, 2000, for service of undersigned's response.

5. The granting of this Motion will not prejudice the parties in this action.

### **MEMORANDUM OF LAW**

This Court has authority to grant an extension of time for good cause under Rule 6(b), Federal Rules of Civil Procedure. In these circumstances, good cause has been shown for the requested extension, which will not result in any prejudice to the parties. As stated in Moore's Federal Practice, §6.08 at 1500.72:

> In accordance with the mandate of Rule 1, that the Rules should be construed to secure the just, speedy and inexpensive determination of every action, the courts generally have given Rule 6(b) a liberal interpretation in order to work substantial justice."

See also, Woods v. Allied Concord Financial Corp., 373 F.2d 733, 734 (5th Cir. 1967); Hoffman v. Kennedy, 30 F.R.D. 50, 51 (E.D. Pa. 1962).

This Court, for good cause shown, is given wide discretion to enlarge the time for doing an act required or allowed under the rules to be done within a specified time. Rule 6(b) inculcates the liberal equitable rules of enlarging time where substantial justice will be served. Bonomo Corp. v. Buffalo Barge Rowing Corp., 134 F.2d 1022 (2d Cir. 1943). See also, Mala v. Bailey, 191 F.Supp 11 (E.D. Pa. 1960) (citing Moores').

This motion is not imposed for delay. Further, no prejudice will accrue to the parties from the granting of this motion.

CASE NO. 00-6188-CIV-DIMITROULEAS
Magistrate Judge Johnson

WHEREFORE, Defendant, SPARTA FOODS, INC., requests the entry of an Order extending the time for filing its reply memorandum up to and including March 3, 2000.

Respectfully submitted,

MARLOW, CONNELL, VALERIUS
ABRAMS, ADLER & NEWMAN
2950 Southwest 27th Ave. Ste. 200
Post Office Box 339075
Miami, Florida 33233-9075
Direct Line: (305) 460-6537
Attorneys for Sparta Foods, Inc.

By: *[signature]*
**MICHAEL C. ROTUNNO**
**Fla. Bar No.: 0861979**

CASE NO. 00-6188-CIV-DIMITROULEAS
Magistrate Judge Johnson

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served on February 25, 2000 to:

ARNOLD D. SCHATZMAN, ESQ.
Schatzman & Schatzman, P.A.
Suite 700, Dadeland Towers North
9200 South Dadeland Boulevard
Miami, Florida 33156

MARLOW, CONNELL, VALERIUS
 ABRAMS, ADLER & NEWMAN
2950 Southwest 27th Ave. Ste. 200
Post Office Box 339075
Miami, Florida 33233-9075
Direct Line: (305) 460-6537
Attorneys for Sparta Foods, Inc.

By: _____
MICHAEL C. ROTUNNO
**Fla. Bar No.: 0861979**

I:\VALERIUS\Rupari Food\Pleadings\Federal Court\m-extension.01\bl