UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6188-CIV-DIMITROULEAS

RUPARI FOOD SERVICES, INC.,

    Plaintiff,

vs.

SPARTA FOODS, INC., a Minnesota corporation,

    Defendant.
_____/

Magistrate Judge Johnson

FILED by _____ D.C.

FEB 29 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court upon Defendant's Motion for Extension of Time [filed February 28, 2000] to serve Reply memorandum.  The Court notes that Defendant reports that Plaintiff has no objection to the motion.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Reply Memorandum shall be due by March 3, 2000.

DONE AND SIGNED in Chambers at Fort Lauderdale, Broward County, Florida, this 29 day of February, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Arnold Schatzman, Esq.
Michael Rotunno, Esq.

