UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6188-CIV-DIMITROULEAS

RUPARI FOOD SERVICES, INC.,     Magistrate Judge Johnson
a Florida corporation,

    Plaintiff,

vs.

SPARTA FOODS, INC.,
a Minnesota corporation,

    Defendant.
_____/

### JOINT MOTION TO DEFER PRETRIAL PROCEDURES UNDER RULE 16.1, S.D. FLA. L.R.

COME NOW the Plaintiff, RUPARI FOOD SERVICES, INC. and the Defendant, SPARTA FOODS, INC., by and through their undersigned attorneys, and move the Court to defer the pretrial procedures under Rule 16.1, S.D. Fla. L.R., and in support thereof say:

1. This action was removed from the Circuit Court in and for Broward County, Florida to this Court on February 4, 2000.

2. At this time there is pending before this Court the following motions:

    a. Defendant's Motion to Dismiss (limited to transfer and dismissal issues by this Court's February 8, 2000 Order);

    b. Defendant's Motion to Transfer; and

    c. Plaintiff's Motion for Remand.

3. Defendant has not yet been required to, and has not, filed an answer to Plaintiff's complaint.

4. Because this is a removed case with the above-described pending motions, the parties are uncertain of the appropriate time table to be applied for pretrial procedures provided by Rule 16.1, S.D. Fla. L.R.

CASE NO. 00-6188-CIV-DIMITROULEAS

5. Should the Court grant any of the pending motions, compliance with Local Rule 16.1 would be moot.

6. Should the Court deny all of the pending motions, the parties would better be able to comply with Local Rule 16.1 after the Defendant has filed its answer to the complaint.

7. The parties submit that it is in the best interests of the parties and the Court that compliance with Local Rule 16.1 be deferred until after the Court has entered its order on the pending motions and that if this Court's order results in this case remaining in the Southern District of Florida, that the parties be permitted to comply with provisions of Local Rule 16.1 within thirty (30) days after the filing of Defendant's answer to the Plaintiff's complaint.

WHEREFORE, the Plaintiff and Defendant respectfully pray this Court enter its order deferring application of pretrial procedures under Rule 16.1, S.D. Fla. L.R., until after the Court has ruled upon pending motions and, if the Court's order results in this case remaining in the Southern District of Florida, then that the parties shall have thirty (30) days after the filing of Defendant's answer to Plaintiff's complaint to comply with provisions of Local Rule 16.1.

Respectfully submitted,

| | |
|---|---|
| **SCHATZMAN & SCHATZMAN, P.A.** | **MARLOW, CONNELL, VALERIUS,** |
| Attorneys for Plaintiff | **ABRAMS, ADLER & NEWMAN** |
| Suite 700 Dadeland Towers North | Attorneys for Defendant |
| 9200 South Dadeland Boulevard | 2950 Southwest 27th Avenue, Suite 200 |
| Miami, Florida 33156 | Post Office Box 339075 |
| Telephone: (305) 670-6000 | Miami, Florida 33233-9075 |
| Facsimile: (305) 670-6068 | Telephone: (305) 460-6537 |
| By: _____ | By: _____ |
| ARNOLD D. SCHATZMAN | MICHAEL C. ROTUNNO |
| Fla. Bar No. 070862 | Fla. Bar No. 0861979 |

-2-