# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



May 15, 2000

ATTN: Liz Cunningham, Manager, Civil Division
Clerk of the Circuit and County Courts
230 Broward County Courthouse
201 S.E. 6th Street
Fort Lauderdale, FL  33301

RE:  Our case No.:   00-6188-CIV-Dimitrouleas
     Your case No.:  00000393

Dear Sir:

Enclosed please find a certified copy of this Court's Order of Remand and certified copy of docket sheet in the above referenced case.

Please acknowledge receipt of the above on the enclosed copy of this letter.

CLARENCE MADDOX
Clerk of Court

by: _____
    Deputy Clerk


Enclosures

| ☐301 N. Miami Avenue | ☐299 E. Broward Boulevard | ☐701 Clematis Street | ☐301 Simonton Street | ☐300 S. Sixth Street |
|---|---|---|---|---|
| Room 150 | Room 108 | Room 402 | Room 130 | Ft. Pierce, FL 34950 |
| Miami, FL 33128 | Ft. Lauderdale, FL 33301 | W. Palm Beach, FL 33401 | Key West, FL 33040 | (561) 595-9691 |
| (305) 523-5100 | (954) 769-5400 | (561) 803-3400 | (305) 295-8100 | |

