## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT





May 15, 2000

ATTN: Liz Cunningham, Manager, Civil Division
Clerk of the Circuit and County Courts
230 Broward County Courthouse
201 S.E. 6th Street
Fort Lauderdale, FL  33301

RE:  Our case No.:   00-6188-CIV-Dimitrouleas
     Your case No.:  00000393

**RECEIVED MAY 1 6 2000 FOR FILING**

Dear Sir:

Enclosed please find a certified copy of this Court's Order of Remand and certified copy of docket sheet in the above referenced case.

Please acknowledge receipt of the above on the enclosed copy of this letter.

CLARENCE MADDOX
Clerk of Court

by: _____
         Deputy Clerk


Enclosures

---